IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CRIMINAL NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, ET AL.

## NOTICE OF APPEAL

COMES NOW, the Defendant, Jamarr Smith, by and through counsel, and files this, his Notice of Appeal to the United States Court of Appeals for the Fifth Circuit of the District Court's Judgment [189] signed by Senior United States District Court Judge Sharion Aycock on June 15, 2022.

DATED: June 16, 2023.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com

BY: _/s/ Goodloe T. Lewis_
    GOODLOE T. LEWIS, MSB # 9889

**CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for Defendant, JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

This the 16th day of June, 2023.

/s/ *Goodloe T. Lewis*
GOODLOE T. LEWIS