## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**                                                    **CAUSE NO. CR3:21CR00107**

**THOMAS IROKO AYODELE**

### NOTICE OF APPEAL

COMES NOW, the Defendant, Thomas Iroko Ayodele, by and through counsel, and files this, his Notice of Appeal to the United States Court of Appeals, for the Fifth Circuit of the District Court's Judgment [190] signed by Senior United States District Court Judge Sharion Aycock on June 15, 2023. Ayodele would further show that he is indigent and requests that he be allowed to proceed *in forma pauperis* with the continued services of an appointed counsel.

This the 21st day of June, 2023.

Respectfully submitted,

/s/ William F. Travis
**William F. Travis, MSB 8267**
**Attorney for Defendant**
**8619 Highway 51 N.**
**Southaven, MS 38671**
**(662)393-9295**

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing NOTICE OF APPEAL has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Honorable Clyde McGee, IV
clyde.mcgee@usdoj.gov

**THIS**, the 21st day of June, 2023.

/s/ William F. Travis_____
William F. Travis, Certifying Attorney