IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                                          Criminal Case No: 3:21-CR-107

GILBERT MCTHUNEL II, et al.

## NOTICE OF APPEAL

COMES NOW, the Defendant, GILBERT MCTHUNEL II ("Mr. McThunel"), by and through counsel, and files his Notice Of Appeal to the United States Court of Appeals For the Fifth Circuit of the District Court's Judgment [**Doc. 191**] signed by United States District Court Judge Sharion Aycock on June 15, 2023.

RESPECTFULLY SUBMITTED, on this the 20th day of June, 2023

GILBERT MCTHUNEL, II, Defendant

BY:     */s/ Paul Chiniche*
        Paul Chiniche (MSB#101582)
        CHINICHE LAW FIRM, PLLC.
        Post Office Box 1202
        Oxford, Mississippi 38655
        Tel: 662-234-4319
        Email: pc@chinichelawfirm.com

## CERTIFICATE OF SERVICE

    I, PAUL CHINICHE, attorney for the Defendant, GILBERT MCTHUNEL, II, in the above and foregoing action, do hereby certify that I have electronically filed the above and foregoing with the Clerk of the United States District Court using the ECF system which sent notification of such filing to the following:

Robert Mims, AUSA
Email: robert.mims@usdoj.gov

Goodloe Lewis, Esq.
Email: glewis@hickmanlaw.com
(Counsel for Defendant Jamarr Smith)

William F. Travis, Esq.
Email: bill@southavenlaw.com
(Counsel for Defendant Thomas Iroko Ayodele)

SO CERTIFIED this the 20th day of June, 2023.

                                                      */s/ Paul Chiniche*
                                                    PAUL CHINICHE