# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S.D.C. for the Northern District of Mississippi　　District Court Docket No. 3:21CR00107

Short Case Title: USA v. Jamarr Smith

**ONLY ONE COURT REPORTER PER FORM**　Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: 06/16/2023　　Court of Appeals No.: 23-60321

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No Hearings　☐ Transcript is unnecessary for appeal purposes　☐ Transcript is already on file in the Clerk's Office

**OR**

Check All of the Following that Apply, Include date of the proceeding.

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____　☑ Voir Dire: 02/21/2023

☑ Opening Statement of Plaintiff: 02/21/2023　☑ Opening Statement of Defendant: 02/21/2023

☑ Closing Argument of Plaintiff: 02/24/2023　☑ Closing Argument of Defendant: 02/24/2023

☑ Opinion of court: 02/24/2023　☑ Jury Instructions: 02/24/2023　☑ Sentencing: 06/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 01/31/2023 | Hearing on Motion to Suppress | Sharion Aycock |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify that satisfactory financial arrangements have made. Method of Payment:

☐ Private Funds;　☑ Criminal Justice Act Funds (Enter Authorization-24 to USDC eVoucher);

☐ Other IFP Funds;　☐ Advance Payment waived by reporter;　☐ U.S. Government Funds

☐ Other _____

Signature: _[signature]_　　Date Transcript Ordered: 6/21/23

Print Name: Goodloe T. Lewis　　Phone: 662-234-4000

Counsel for: Jamarr Smith

Address: P.O. Box 668 / 1305 Madison Avenue, Oxford, Mississippi 38655

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| 7-3-23 | | 8-3-23 | 990 |

☑ Satisfactory Arrangements for payment were made on 7-3-23

☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received　☐ Unable to contact ordering party

☐ Other (Specify) _____

Date: 7-3-23　Signature of Reporter: Phyllis K. McLarty　Tel. 662-369-1017

Email of Reporter: phyllis_mclarty@msnd.uscourts.gov　Address of Reporter: Oxford, MS 38655

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____　　Actual Number of Volumes: _____

Date: _____　Signature of Reporter: _____