# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S. District Court Northern District of Mississippi    District Court Docket No. 3:21CR 107

Short Case Title: USA v. Gilbert McThunel, II

**ONLY ONE COURT REPORTER PER FORM**    Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: June 20, 2023    Court of Appeals No.: 23-60337

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☒ Voir Dire: 2/21/2023
☒ Opening Statement of Plaintiff: 2/21/2023    ☒ Opening Statement of Defendant: 2/21/2023
☒ Closing Argument of Plaintiff: 2/24/2023    ☒ Closing Argument of Defendant: 2/24/2024
☒ Opinion of court: 2/24/2023    ☒ Jury Instructions: 2/24/2023    ☒ Sentencing: 6/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 1/31/2023 | Hearing on Motion To Suppress | Judge Sharion Aycock |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have made. Method of Payment:
☐ Private Funds;    ☒ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds
☐ Other_____

Signature: /s/ P Chiniche    Date Transcript Ordered: 7/5/2023
Print Name: Paul Chiniche    Phone: 662-234-4319
Counsel for: Gilbert McThunel, II
Address: PO Box 1202, Oxford, MS 38655

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party
☐ Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____
Email of Reporter:_____ Address of Reporter:_____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____    Actual Number of Volumes: _____

Date: _____    Signature of Reporter: _____