## TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S.D.C. for the Northern District of Mississippi     District Court Docket No. 3:21cr00107

Short Case Title: USA v. Thomas Iroko Ayodele

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: 6/21/2023     Court of Appeals No.: 23-60321

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check All of the Following that Apply, Include date of the proceeding.**

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____     ☒ Voir Dire: 2/21/2023
☒ Opening Statement of Plaintiff: 2/21/2023     ☒ Opening Statement of Defendant: 2/21/2023
☒ Closing Argument of Plaintiff: 2/24/2023     ☒ Closing Argument of Defendant: 2/24/2023
☒ Opinion of court: 2/24/2023     ☒ Jury Instructions: 2/24/2023     ☒ Sentencing: 6/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 1/31/2023 | Hearing on Motion to Suppress | Sharion Aycock |
| 2/22/2023 | Trial Record | Sharion Aycock |
| 2/23/2023 | Trial Record | Sharion Aycock |
| 2/24/2023 | Trial Record | Sharion Aycock |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B.** This is to certify that satisfactory financial arrangements have made. Method of Payment:
☐ Private Funds;  ☒ Criminal Justice Act Funds (Enter Authorization-24 to USDC eVoucher);
☐ Other IFP Funds;  ☒ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature _____ [signed]
Print Name William F. Travis
Counsel for Thomas Iroko Ayodele
Address 8619 Highway 51 N., Southaven, MS 38671
Date Transcript Ordered 7/5/2023
Phone: 662-393-9295

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| 7-8-23 | | 8/14/23 | 990 |

☒ Satisfactory Arrangements for payment were made on 7/13/23
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: 7-13-23   Signature of Reporter: Phyllis K. McLarty   Tel: 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
Email of Reporter: phyllis_mclarty@msnd.uscourts.gov   Address of Reporter: Oxford, MS

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____     Actual Number of Volumes: _____

Date: _____     Signature of Reporter: _____