## UNITED STATES COURT OF APPEALS FOR THE 5th CIRCUIT

Court of Appeals Docket Number(s): 23-60321 (Associated cases - 23-60336, 23-60337)

Short Title: USA v. Jamarr Smith, Gilbert McThunel, II, and Thomas Iroko Ayodele

District Court Docket Number(s): 3:21CR107

### REQUEST FOR EXTENSION OF TIME TO FILE TRANSCRIPT AND FOR WAIVER OF MANDATORY FEE REDUCTION

I **Phyllis K. McLarty** request an extension of time to file the transcript in the above referenced case(s), and request a waiver of the mandatory fee reduction until **8/18/23** based upon:

☐ Illness or other incapacity. The required certification is attached.

☐ Planned vacation. The required certification is attached.

☐ Lengthy or complex litigation or excessive pages ordered. The required certification is attached.

☑ Other **Planned Attendance of National Court Reporters Convention 7/23/23 - 7/30/23**

The status (such as number of outstanding transcripts and page backlog volume) of pending transcripts is/are **The number of estimated pages for this appeal is 990 pages.**

Signature: *Phyllis K. McLarty*         7/14/23
Official Court Reporter                   Date

Signature: *Sharion Aycock*              7/17/2023
United States District Judge              Date

Attach a supportive letter from the court reporter coordinator or designated management official.
Attach proof of service on all counsel as appropriate