# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2023

Ms. Phyllis K. McLarty
U.S. District Court, Northern District of Mississippi
301 W. Commerce Street
Aberdeen, MS 39730

    No. 23-60321   USA v. Smith
                           USDC No. 3:21-CR-107-1

Dear Ms. McLarty,

The court has granted your request for an extension of time until August 18, 2023. This also extends the Judicial Council's discount date accordingly.

                                        Sincerely,
                                        LYLE W. CAYCE, Clerk

                                        By: /s/Lyle W. Cayce
                                        Lyle W. Cayce

cc:  Mr. Paul Alvin Chiniche
     Mr. Goodloe Tankersley Lewis
     Mr. Clyde McGee IV
     Mr. Robert J. Mims
     Mr. William Farley Travis