# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S.D.C. for the Northern District of Mississippi    District Court Docket No. 3:21CR00107

Short Case Title: USA v. Jamarr Smith

ONLY ONE COURT REPORTER PER FORM    Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: 06/16/2023    Court of Appeals No.: 23-60321

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

Check All of the Following that Apply, Include date of the proceeding.
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____ ☒ Voir Dire: 02/21/2023
☒ Opening Statement of Plaintiff: 02/21/2023    ☒ Opening Statement of Defendant: 02/21/2023
☒ Closing Argument of Plaintiff: 02/24/2023    ☒ Closing Argument of Defendant: 02/24/2023
☒ Opinion of court: 02/24/2023    ☒ Jury Instructions: 02/24/2023    ☒ Sentencing: 06/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 01/31/2023 | Hearing on Motion to Suppress | Sharion Aycock |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify that satisfactory financial arrangements have made. Method of Payment:
☐ Private Funds;    ☒ Criminal Justice Act Funds (Enter Authorization-24 to USDC eVoucher);
☐ Other IFP Funds;    ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds
☐ Other _____

Signature _____[signature]_____    Date Transcript Ordered 6/21/23
Print Name Goodloe T. Lewis    Phone: 662-234-4000
Counsel for Jamarr Smith
Address P.O. Box 668 / 1305 Madison Avenue, Oxford, Mississippi 38655

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| 7-3-23 | | 8-3-23 | 990 |

☒ Satisfactory Arrangements for payment were made on 7-3-23
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: 7-3-23    Signature of Reporter: Phyllis K. McLarty    Tel. 662-319-1017
Email of Reporter: phyllis_mclarty@msnd.uscourts.gov    Address of Reporter: Oxford, MS 38655

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.
Actual Number of Pages: 998    Actual Number of Volumes: 8
Date: 9/4/23    Signature of Reporter: Phyllis K. McLarty