# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S. District Court Northern District of Mississippi  District Court Docket No. 3:21CR 107

Short Case Title: USA v. Gilbert McThunel, II

ONLY ONE COURT REPORTER PER FORM  Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: June 20, 2023  Court of Appeals No.: 23-60337

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☒ Voir Dire: 2/21/2023
☒ Opening Statement of Plaintiff: 2/21/2023  ☒ Opening Statement of Defendant: 2/21/2023
☒ Closing Argument of Plaintiff: 2/24/2023  ☒ Closing Argument of Defendant: 2/24/2024
☒ Opinion of court: 2/24/2023  ☒ Jury Instructions: 2/24/2023  ☒ Sentencing: 6/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 1/31/2023 | Hearing on Motion To Suppress | Judge Sharion Aycock |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
☐ Private Funds;  ☒ Criminal Justice Act Funds (Enter Authorization-24 to USDC eVoucher);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: *PChiniche*  Date Transcript Ordered 7/5/2023
Print Name: Paul Chiniche  Phone: 662-234-4319
Counsel for: Gilbert McThunel, II
Address: PO Box 1202, Oxford, MS 38655

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| 7-8-23 | | 8-14-23 | 990 |

☒ Satisfactory Arrangements for payment were made on 7-13-23
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: 7-13-23  Signature of Reporter: Phyllis K. McLarty  Tel. 662-369-1017
Email of Reporter: phyllis_mclarty@msnd.uscourts.gov  Address of Reporter: Oxford, MS

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: 985  Actual Number of Volumes: 8

Date: 9/4/23  Signature of Reporter: Phyllis K. McLarty