# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 04, 2023

Mr. William Farley Travis
Travis Law Offices, P.L.L.C.
8619 Highway 51 N.
Southaven, MS 38671-0000

    No. 23-60321   USA v. Smith
                           USDC No. 3:21-CR-107-1

Dear Mr. Travis,

We received your motion to consolidate and are taking no action as it is unnecessary. The three appeals referenced in the motion are all proceeding under case no. 23-60321. The other two case numbers are statistical numbers for the court's use only and should not be referenced on any filings.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

cc:  Mr. Paul Alvin Chiniche
     Mr. Goodloe Tankersley Lewis
     Mr. Clyde McGee IV
     Mr. Robert J. Mims