IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA

VS.                                                        CAUSE NO. 23-60321

THOMAS IROKO AYODELE

MOTION TO CONSOLIDATE APPEALS

Undersigned counsel files this Motion to Consolidate Appeals, pursuant to Federal Rule of Appellate Procedure 3(b), and would respectfully show as follows:

1. Thomas Iroko Ayodele, along with co-defendants Jamarr Smith and Gilbert McThune, were sentenced by the Northern District of Mississippi. *See* 3:21CR00107-002 [DE 1]. Ayodele, Smith and McThune were sentenced to imprisonment followed by supervised release.

2. Defendants Ayodele, Smith and McThune have appeared together at multiple court appearances, including a suppression hearing and were tried together during the jury trial. All three defendants timely filed their Notice of Appeal.

3. The Briefing Schedule Notice was issued on September 26,

2023 and the transcripts have been received.

4. Because the issue in each appeal is the same, Defendants Ayodele, Smith and McThune request this Court to consolidate appeals as the appeal involves the same parties, similar facts, the same legal issues, and substantially similar treatment by the District Court, pursuant to Federal Rule of Appellate Procedure 3(b).

5. Counsel for Defendant Jamarr Smith, Mr. Goodloe Lewis, and Defendant Gilbert McThunel, Mr. Paul Chiniche, have been contacted and both joins this motion.

6. Assistant United States Attorney Clyde McGee, IV and Robert Mims were contacted by the William Travis's office and Mr. McGee/Mims stated there is no opposition to this Motion.

REQUESTED RELIEF

Undersigned counsel respectfully requests that an order be entered consolidating *United States of America v. Thomas Iroko Ayodele*, Fifth Circuit Cause No. 23-60336 with the instant case of *United States of America v. Jamarr Smith*, Fifth Circuit Cause No. 23-60321 and with the instant case of *United States of America v. Gilbert McThunel*, Fifth Circuit Cause No. 23-60337.

Respectfully Submitted,

THOMAS IROKO AYODELE

BY: <u>/s/ William F. Travis</u>
WILLIAM F. TRAVIS
MSB No. 8267
8619 Highway 51 N.
Southaven, MS 38671
Telephone: (662) 393-9295
Fax: (662) 393-9414
bill@southavenlaw.com

## CERTIFICATE OF SERVICE

I, William F. Travis, attorney for the Defendant, Thomas Iroko Ayodele, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the following party will be notified electronically of filing:

>Hon. Clyde McGee, IV, AUSA
>clyde.mcgee@usdoj.gov
>
>Hon. Robert Mims, AUSA
>robert.mims@usdoj.gov
>
>Hon. Goodloe Lewis
>glewis@hickmanlaw.com
>
>Hon. Paul Chiniche
>pc@chinichelawfirm.com

Dated, this the 4th day of October, 2023.

>*/s/William F. Travis*
>WILLIAM F. TRAVIS

# **CERTIFICATE OF COMPLIANCE WITH RULE 32(g)**

Certificate of Compliance with Type-Volume Limitations,
Typeface Requirements, and Type Style Recommendations

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 518 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. P. 32(a)(6) because this brief has been prepared in Century Schoolbook font, a proportionally spaced typeface using Microsoft Word, in fourteen point font size and in plain, roman style.

> */s/William F. Travis*
> WILLIAM F. TRAVIS
> Attorney for Defendant-Appellant