IN THE UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

CASE NO. 23-60321

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JAMARR SMITH, GILBERT MCTHUNEL,
THOMAS AYODELE

Defendants-Appellants

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLANT

COMES NOW, Appellants, Jamarr Smith, Gilbert McThunel, and Thomas Ayodele by and through counsel, and files this Motion for Extension of Time to File Brief of Appellant, and would state unto the Court as follows:

I.

Jamarr Smith, Gilbert McThunel, and Thomas Ayodele  respectfully request that the Court grant an additional thirty (30) days to file their Brief of Appellant in the instant case.

II.

Counsel for the Appellants have been working diligently on their brief; however, due to other pressing matters, they have been unable to complete the brief.

III.

This extension is not sought for the purpose of delay, but to allow adequate time for the Appellants to file an appropriate brief.

IV.

The government has no objection to this extension of time.

WHEREFORE, PREMISES CONSIDERED, Jamarr Smith, Gilbert McThunel, and Thomas Ayodele respectfully request a thirty (30) day extension of time to file their brief in this case. This would make the brief due on December 6, 2023.

DATED: October 27, 2023.

Respectfully submitted,

JAMARR SMITH

/s/ Goodloe T. Lewis
GOODLOE T. LEWIS, MSB #9889
CJA appointed Federal Public Defender
1305 Madison Avenue
Post Office Drawer 668
Oxford, Mississippi 38655
(662) 234-4000 (telephone)
glewis@hickmanlaw.com

GILBERT MCTHUNEL

/s/ Paul Chiniche
PAUL CHINICHE, MSB #101582
CJA appointed Federal Public Defender
265 N Lamar Blvd., Suite W
Oxford, Mississippi 38655
(662) 234-4319 (telephone)
pc@chinichelawfirm.com


THOMAS AYODELE

/s/ William F. Travis
WILLIAM F. TRAVIS, MSB #8267
CJA appointed Federal Public Defender
8619 Highway 51 N.
Southaven, Mississippi 38671
(662) 393-9295 (telephone)
bill@southavenlaw.com

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for Defendant, JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED:  October 27, 2023.

 /s/ *Goodloe T. Lewis*
GOODLOE T. LEWIS