# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60321   USA v. Smith
                   USDC No. 3:21-CR-107-1

The court has granted in part an extension of time to and including November 21, 2023, for filing appellant's brief in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____
                   Whitney M. Jett, Deputy Clerk
                   504-310-7772

Mr. Paul Alvin Chiniche
Mr. David Crews
Mr. Goodloe Tankersley Lewis
Mr. Clyde McGee IV
Mr. Robert J. Mims
Mr. William Farley Travis