# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 24, 2023

Mr. Goodloe Tankersley Lewis
Hickman, Goza & Spragins, P.L.L.C.
1305 Madison Avenue
P.O. Box 668
Oxford, MS 38655

    No. 23-60321   USA v. Smith
                     USDC No. 3:21-CR-107-1

Dear Mr. Lewis,

The following pertains to your record excerpts electronically filed on November 24, 2023.

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Missing copy of the district court docket entries for Appellants Ayodele and McThunel, see 5th Cir. R. 30.1.4(a).

Copy of the verdict of the jury, in all cases is required, see 5th Cir. R. 30.1.4(d). The document at Tab 6 is not the jury verdict.

Record Citation in the Table of Contents for Tab 11 is incorrect.

Note: **Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.** Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient record excerpts MUST be dated on the actual date that service is being made.** Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore,

you may still use this event to submit a sufficient record excerpts.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702


cc:  Mr. Paul Alvin Chiniche
      Mr. Clyde McGee IV
      Mr. Robert J. Mims
      Mr. William Farley Travis