# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 10, 2024

Mr. Paul Alvin Chiniche
Chiniche Law Firm, P.L.L.C.
265 N. Lamar Boulevard
P.O. Box 1202
Suite W South
Oxford, MS 38655

Mr. Goodloe Tankersley Lewis
Hickman, Goza & Spragins, P.L.L.C.
1305 Madison Avenue
P.O. Box 668
Oxford, MS 38655

Mr. William Farley Travis
Travis Law Offices, P.L.L.C.
8619 Highway 51 N.
Southaven, MS 38671-0000

Mr. Clyde McGee IV
Mr. Robert J. Mims
U.S. Attorney's Office
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655


        No. 23-60321   USA v. Smith
                       USDC No. 3:21-CR-107-1


Dear Counsel,

The court requests you submit paper copies of the following filings
within 5 days of the date of this notice.

* Appellants' Brief filed November 21, 2023 (7 copies - Blue
  Covers)

* Appellants' Record Excerpts filed November 24, 2023 (4 copies
  - White Covers)

- Appellee's Brief filed November 21, 2023  (7 copies – Red Covers)

**We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The paper copies of your brief/record excerpts must not contain a header noting "RESTRICTED." Therefore, if your briefs or record excerpts initially required corrections, please be sure to print your paper copies from the docket entry on the filing date noted above and not the proposed sufficient brief/record excerpts filed entry so they will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702