# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 12, 2024

Mr. Paul Alvin Chiniche
Chiniche Law Firm, P.L.L.C.
265 N. Lamar Boulevard
P.O. Box 1202
Suite W South
Oxford, MS 38655

Mr. Goodloe Tankersley Lewis
Hickman, Goza & Spragins, P.L.L.C.
1305 Madison Avenue
P.O. Box 668
Oxford, MS 38655

Mr. William Farley Travis
Travis Law Offices, P.L.L.C.
8619 Highway 51 N.
Southaven, MS 38671-0000

    No. 23-60321   USA v. Smith
                           USDC No. 3:21-CR-107-1

Dear Mr. Chiniche, Mr. Lewis, Mr. Travis,

You must submit the 7 paper copies of your reply brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. The copies must be bound with gray covers on front and back.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Allison G. Lopez, Deputy Clerk
                           504-310-7702

cc:  Mr. Clyde McGee IV
     Mr. Robert J. Mims