# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2024

Mr. Paul Alvin Chiniche
Chiniche Law Firm, P.L.L.C.
265 N. Lamar Boulevard
P.O. Box 1202
Suite W South
Oxford, MS 38655

Mr. Goodloe Tankersley Lewis
Hickman, Goza & Spragins, P.L.L.C.
1305 Madison Avenue
P.O. Box 668
Oxford, MS 38655

Mr. William Farley Travis
Travis Law Offices, P.L.L.C.
8619 Highway 51 N.
Southaven, MS 38671-0000

        No. 23-60321   USA v. Smith
                       USDC No. 3:21-CR-107-1

Dear Mr. Chiniche, Mr. Lewis, Mr. Travis,

The paper copies of your record excerpts require the following correction(s) within the next 5 days.

You need to correct or add:

The insufficient version of record excerpts was sent in paper form. Please send the sufficient version that contains all 3 district court docket sheets.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
    Mr. Clyde McGee IV
    Mr. Robert J. Mims