TRAVIS LAW OFFICES, PLLC

# WILLIAM F. TRAVIS
**ATTORNEY AT LAW**
8619 Highway 51 North
Southaven, Mississippi 38671

Licensed in:
Mississippi
Tennessee

(662) 393-9295 T
(662) 393-9414 F

March 26, 2024

United States Court of Appeals
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

  Re: USA v. Smith, et al
    No. 23-60321

To Whom it May Concern:

 Please be advised that I will be unable to appear for oral argument on Friday, April 5, 2024. I intended on attending, but was not planning to argue. I do intend to listen via livestream.

Thank you.

Sincerely,

*/s/ William F. Travis*
William F. Travis
WFT/am