# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 03, 2024

#73342-509
Mr. Thomas Iroko Ayodele
FCI Yazoo City Medium
P.O. Box 5000
Yazoo City, MS 39194

    No. 23-60321   USA v. Smith
                             USDC No. 3:21-CR-107-1

Dear Mr. Ayodele,

We are taking no action on the pro se supplemental brief. Only your attorney can file documents on your behalf. Your document is being forwarded to your attorney for whatever action he deems necessary.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    *Roeshawn Johnson*
                                  By: _____
                                  Roeshawn Johnson, Deputy Clerk
                                  504-310-7998

cc: Mr. William Farley Travis