# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2024

Mr. Clyde McGee IV
U.S. Attorney's Office
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655

Mr. Robert J. Mims
U.S. Attorney's Office
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655

> No. 23-60321   USA v. Smith
> USDC No. 3:21-CR-107-1

Dear Counsel:

The Court would like to point out that Google has issued a press account announcing that it will henceforth change its procedures regarding geofence warrants.  In light of Google's announcement, will the United States seek geofence warrants in the future?  Also, please provide an explanation of the changes that Google is making that will affect the availability of future geofence warrants.

Your response is due for filing within ten (10) days, or, by not later than April 18, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Paul Alvin Chiniche
    Mr. Goodloe Tankersley Lewis
    Mr. William Farley Travis