# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 10, 2024

Mr. Goodloe Tankersley Lewis
Hickman, Goza & Spragins, P.L.L.C.
1305 Madison Avenue
P.O. Box 668
Oxford, MS 38655

    No. 23-60321   USA v. Smith
                      USDC No. 3:21-CR-107-1

Dear Mr. Lewis,

We received your reply to the appellee's response. This document cannot be filed without leave of court, we are taking no action.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Roeshawn A. Johnson, Deputy Clerk
                      504-310-7998

cc:  Mr. Paul Alvin Chiniche
     Mr. Clyde McGee IV
     Mr. Robert J. Mims
     Mr. William Farley Travis