IN THE UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

CASE NO. 23-60321

UNITED STATES OF AMERICA

                              Plaintiff-Appellee

v.

JAMARR SMITH, GILBERT MCTHUNEL,
THOMAS AYODELE

                              Defendants-Appellants

## MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE TO COURT'S INQUIRY

COMES NOW, Appellant, Jamarr Smith, by and through counsel, and files this Motion for Leave to File Reply to Government's Response to Court's Inquiry, and would state unto the Court as follows:

I.

On April, 8 2024, this Court directed the government to answer whether the United States will seek geofence warrants in the future, and to explain the "changes that Google is making that will affect the availability of future geofence warrants." (Court's Inquiry, [ECF No. 93]). The Court was referring to Google's December 2023 announcement that the company would no longer store users' Location History data on their servers, moving it directly onto users' personal devices instead.

II.

The government responded to this inquiry on April 18, 2024 [96].

III.

Respectfully, Smith believes that this response was incomplete, and that the Court should be aware of other uses of geofence warrants which the government is using across the country which were not discussed in the government's response. Therefore, Smith filed a reply to the government's response [99] on May 10, 2024.

WHEREFORE, PREMISES CONSIDERED, Jamarr Smith respectfully requests leave of Court to file a rebuttal to the government's reply to the Court's inquiry about future use of geofence warrants. Smith requests that the Court accept the previously filed Reply [99].

DATED: May 13, 2024.

Respectfully submitted,

JAMARR SMITH

/s/ Goodloe T. Lewis
GOODLOE T. LEWIS, MSB #9889
CJA appointed Federal Public Defender
1305 Madison Avenue
Post Office Drawer 668
Oxford, Mississippi 38655
(662) 234-4000 (telephone)
glewis@hickmanlaw.com

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for Defendant, JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED: May 13, 2024.

       /s/ *Goodloe T. Lewis*
      GOODLOE T. LEWIS