# United States Court of Appeals
# for the Fifth Circuit

No. 23-60321

United States Court of Appeals
Fifth Circuit

**FILED**
May 14, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

versus

Jamarr Smith; Thomas Iroko Ayodele; Gilbert McThunel, II,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:21-CR-107-1

_____

ORDER:

IT IS ORDERED that Appellant Jamarr Smith's motion for leave to file a reply is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT