# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 14, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60321   USA v. Smith
                   USDC No. 3:21-CR-107-1

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Roeshawn Johnson, Deputy Clerk
                            504-310-7998

Mr. Paul Alvin Chiniche
Mr. Goodloe Tankersley Lewis
Mr. Clyde McGee IV
Mr. Robert J. Mims
Mr. William Farley Travis