# United States Court of Appeals
# for the Fifth Circuit

No. 23-60321

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Jamarr Smith; Thomas Iroko Ayodele; Gilbert McThunel, II,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:21-CR-107-1
_____

Before King, Ho, and Engelhardt, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

No. 23-60321

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Case: 23-60321   Document: 114   Page: 2   Date Filed: 08/09/2024

2