IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

23-60321

_____

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*

v.

JAMARR SMITH, THOMAS AYODELE,
GILBERT MCTHUNEL, II
*Defendants-Appellants*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
NDMS CRIMINAL NO. 3:21-CR-107

_____

MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR REHEARING EN BANC

_____

        CLAY JOYNER
        United States Attorney

        ROBERT J. MIMS
        MS Bar # 9913
        Assistant United States Attorney
        Northern District of Mississippi
        900 Jefferson Avenue
        Oxford, Mississippi 38655
        662-234-3351

CLYDE MCGEE IV
MS Bar # 102229
Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, Mississippi 38655
662-234-3351

Comes now the United States of America, by and through the United States Attorney for the Northern District of Mississippi, and moves the court for an extension of time in which to file a Petition for Rehearing En Banc, and in support thereof would show unto the court has follows:

This appeal concerns the issuance of a geofence search warrant. At the district court level, the district court denied the defendants' Motion to Suppress the search warrant. The district court declined to opine on whether geofence warrants violated the Fourth Amendment, but rather based its ruling on the good-faith exception. Following a jury trial in which all three defendants were convicted, the defendants appealed, asserting that the district court erred in denying the Motion to Suppress.

On August 9, 2024, following oral argument in April, a panel of this court issued an opinion finding that geofence warrants are unconstitutional. However, the panel, applying the good faith exception, affirmed the district court's decision to deny the Motion to Suppress, effectively affirming the defendants' convictions.

Although the district court's denial of the Motion to Suppress was affirmed, the United States is concerned about the panel's ruling that geofence warrants are unconstitutional and the effect of such ruling on future investigations. The United States notes that the panel's ruling directly conflicts with the decision of the Fourth Circuit Court of Appeals in *United States v. Chatrie*, 107 F.4th 319 (4th Cir. 2024)

and conflicts to some extent with that of the Eleventh Circuit Court of Appeals in *United States v. Davis*, No. 23-10184, --- F.4th ---, 2024 WL 3573478 (11th Cir. July 30, 2024). Accordingly, the United States is considering filing a Petition for Rehearing En Banc. Pursuant to F.R.A.P. 35(b), a panel decision that conflicts with authoritative decisions of other United States Courts of Appeals that address similar issues provides a basis for rehearing en banc.

Pursuant to F.R.A.P. 40(a)(1), the parties have 14 days from entry of the judgment in which to file a Petition for Rehearing En Banc. Accordingly, the petition must be filed by August 23. Department of Justice policy requires that before filing a Petition for Rehearing En Banc, the local United States Attorneys Office handling the case must submit a memo to the Appellate Section of the Department of Justice in Washington for review, and must receive approval from the Solicitor General before filing the petition. A memo has been sent and the Appellate Section is reviewing the matter, but additional time is needed. Accordingly, the United States respectfully requests a thirty-day extension of time in which to file a Petition for Rehearing En Banc, which would make the petition due on or before September 23.

Undersigned counsel has conferred with attorneys for the defendants regarding the extension of time, but, as of this moment, the attorneys for the defendants have not agreed to the request for extension of time.

For the above-stated reasons, the United States respectfully requests a thirty-day extension of time in which to file a Petition for Rehearing En Banc.

Respectfully submitted, this the 15th day of August, 2024.

CLAY JOYNER
United States Attorney
MS Bar No. 10316

By: */s/ Robert J. Mims*
ROBERT J. MIMS,
MS Bar No. 9913
Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655
Telephone: (662) 234-3351
Criminal Division Fax: (662) 234-0657

CLYDE MCGEE IV
MS Bar No. 102229
Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, Mississippi 38655
Telephone: (662) 234-3351
Criminal Division Fax: (662) 234-0657

# **CERTIFICATE OF SERVICE**

I, Robert J. Mims, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I have this day filed this Motion for Extension of Time to File Petition for Rehearing En Banc with the Court's CM/ECF filing system which caused an email to be sent with an electronic link to a true copy of said brief to the following:

Goodloe T. Lewis, MSB# 9889
Attorney of Record for Jamarr Smith
Defendant/Appellant
Email:  glewis@hickmanlaw.com

Paul Chiniche, MSB #101582
Attorney of Record for Gilbert McThunel, II
Defendant/Appellant
Email:  pc@chinichelawfirm.com

William F. Travis, MSB #8267
Attorney of Record for Thomas Ayodele
Defendant/Appellant
Email:  bill@southavenlaw.com

This the 15th day of August, 2024.

                                                  */s/Robert J. Mims*
                                                ROBERT J. MIMS
                                                Assistant United States Attorney

# **CERTIFICATE OF COMPLIANCE**

Pursuant to F.R.A.P. 32(g), the undersigned certifies this document complies with the type-volume limitations of F.R.A.P. 27(d)(2)(A).

    THE DOCUMENT CONTAINS (select one):

A.    <u>508</u> words, OR
B.    <u>     </u> lines of text in monospaced typeface.

    THE DOCUMENT HAS BEEN PREPARED (select one):

A.    in proportionately spaced typeface using:

    Software Name and Version: <u>Microsoft Word 2016</u>

    in (Typeface Name and Font Size): <u>Times New Roman 14cpi</u>

B.    in monospaced (non-proportionally spaced) typeface using:

Typeface name and number of characters per inch:

THE UNDERSIGNED UNDERSTANDS A MATERIAL MISREPRESENTATION IN COMPLETING THIS CERTIFICATE, OR CIRCUMVENTION OF THE TYPE-VOLUME LIMITS IN F.R.A.P. 27(d)(2)(A), MAY RESULT IN THE COURT'S STRIKING THE MOTION AND IMPOSING SANCTIONS AGAINST THE PERSON SIGNING THE MOTION.

                                          */s/Robert J. Mims*
                                          ROBERT J. MIMS
                                          Assistant United States Attorney
                                          MS Bar No. 9913