IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

23-60321

_____


UNITED STATES OF AMERICA,
*Plaintiff-Appellee*

v.

JAMARR SMITH, THOMAS AYODELE,
GILBERT MCTHUNEL, II
*Defendants-Appellants*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
NDMS CRIMINAL NO. 3:21-CR-107

_____

AMENDED MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR REHEARING EN BANC

_____


                          CLAY JOYNER
                          United States Attorney

                          ROBERT J. MIMS
                          MS Bar # 9913
                          Assistant United States Attorney
                          Northern District of Mississippi
                          900 Jefferson Avenue
                          Oxford, Mississippi 38655
                          662-234-3351

CLYDE MCGEE IV
MS Bar # 102229
Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, Mississippi 38655
662-234-3351

Comes now the United States of America, by and through the United States Attorney for the Northern District of Mississippi, and amends its previous Motion for Extension of Time to File Petition for Rehearing En Banc, and in support thereof would show unto the court has follows:

After filing the initial motion for extension of time earlier today, the undersigned was able to discuss this matter further with counsel for the defendants. Counsel for the defendants indicated that they have no objection to the government's request for an extension of time for any of the parties to file a Petition for Rehearing En Banc.

Furthermore, the defendants have requested that the parties seek a sixty-day extension of time, rather than the thirty-day extension set forth in the government's original motion. The defendants believe that sixty days would allow them a better opportunity to consult with their clients, review the opinion in *United States v. Chatrie*, 107 F.4th 319 (4th Cir. 2024) in more detail, particularly as it relates to the Court's decision in the present matter, and make a determination as to whether or not to seek rehearing en banc. The government concurs that sixty days would be beneficial.

Accordingly, the government amends its previous motion to seek a sixty-day extension of time in which to file a Petition for Rehearing En Banc. The government

would further note that the defendants do not object to the government's request, and in fact, would join in the government's request.

Respectfully submitted, this the 15th day of August, 2024.

        CLAY JOYNER
        United States Attorney
        MS Bar No. 10316

        By: */s/ Robert J. Mims*
        ROBERT J. MIMS,
        MS Bar No. 9913
        Assistant United States Attorney
        Northern District of Mississippi
        900 Jefferson Avenue
        Oxford, MS 38655
        Telephone: (662) 234-3351
        Criminal Division Fax: (662) 234-0657

        CLYDE MCGEE IV
        MS Bar No. 102229
        Assistant United States Attorney
        Northern District of Mississippi
        900 Jefferson Avenue
        Oxford, Mississippi 38655
        Telephone: (662) 234-3351
        Criminal Division Fax: (662) 234-0657

## **CERTIFICATE OF SERVICE**

I, Robert J. Mims, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I have this day filed this Amended Motion for Extension of Time to File Petition for Rehearing En Banc with the Court's CM/ECF filing system which caused an email to be sent with an electronic link to a true copy of said brief to the following:

Goodloe T. Lewis, MSB# 9889
Attorney of Record for Jamarr Smith
Defendant/Appellant
Email: glewis@hickmanlaw.com

Paul Chiniche, MSB #101582
Attorney of Record for Gilbert McThunel, II
Defendant/Appellant
Email: pc@chinichelawfirm.com

William F. Travis, MSB #8267
Attorney of Record for Thomas Ayodele
Defendant/Appellant
Email: bill@southavenlaw.com

This the 15th day of August, 2024.

*/s/Robert J. Mims*
ROBERT J. MIMS
Assistant United States Attorney

## **CERTIFICATE OF COMPLIANCE**

Pursuant to F.R.A.P. 32(g), the undersigned certifies this document complies with the type-volume limitations of F.R.A.P. 27(d)(2)(A).

    THE DOCUMENT CONTAINS (select one):

A.    <u>247</u>   words, OR
B.    <u>     </u>   lines of text in monospaced typeface.

    THE DOCUMENT HAS BEEN PREPARED (select one):

A.    in proportionately spaced typeface using:

    Software Name and Version:  <u>Microsoft Word 2016</u>

    in (Typeface Name and Font Size):  <u>Times New Roman 14cpi</u>

B.    in monospaced (non-proportionally spaced) typeface using:

Typeface name and number of characters per inch:

THE UNDERSIGNED UNDERSTANDS A MATERIAL MISREPRESENTATION IN COMPLETING THIS CERTIFICATE, OR CIRCUMVENTION OF THE TYPE-VOLUME LIMITS IN F.R.A.P. 27(d)(2)(A), MAY RESULT IN THE COURT'S STRIKING THE MOTION AND IMPOSING SANCTIONS AGAINST THE PERSON SIGNING THE MOTION.

                                             */s/Robert J. Mims*
                                             ROBERT J. MIMS
                                             Assistant United States Attorney
                                             MS Bar No. 9913