# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2024
Lyle W. Cayce
Clerk

No. 23-60321

United States of America,

*Plaintiff—Appellee,*

versus

Jamarr Smith; Thomas Iroko Ayodele; Gilbert McThunel, II,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:21-CR-107-1

_____

ORDER:

IT IS ORDERED that Appellee's unopposed motion for an extension of 60 days, or, to and including October 22, 2024, to file its petition for rehearing/petition for rehearing en banc is GRANTED. No further extensions will be granted.

_____
James C. Ho
*United States Circuit Judge*