# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60321   USA v. Smith
                USDC No. 3:21-CR-107-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Paul Alvin Chiniche
Mr. David Crews
Mr. Goodloe Tankersley Lewis
Mr. Clyde McGee IV
Mr. Robert J. Mims
Mr. William Farley Travis