# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 25, 2024

Mr. Paul Alvin Chiniche
Chiniche Law Firm, P.L.L.C.
265 N. Lamar Boulevard
P.O. Box 1202
Suite W South
Oxford, MS 38655

Mr. Goodloe Tankersley Lewis
Hickman, Goza & Spragins, P.L.L.C.
1305 Madison Avenue
P.O. Box 668
Oxford, MS 38655

Mr. William Farley Travis
Travis Law Offices, P.L.L.C.
8619 Highway 51 N.
Southaven, MS 38671-0000

    No. 23-60321   USA v. Smith
                           USDC No. 3:21-CR-107-1

Dear Counsel:

Please be advised that the court has requested a response to the Appellee's Petition for Rehearing En Banc to be filed in this office on or before November 4, 2024.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Roeshawn Johnson, Deputy Clerk
                                      504-310-7998

cc:  Mr. Nathan Paul Judish
     Mr. Clyde McGee IV
     Mr. Robert J. Mims