# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 8, 2025
Lyle W. Cayce
Clerk

No. 23-60321

UNITED STATES OF AMERICA,

    *Plaintiff—Appellee*,

versus

JAMARR SMITH; THOMAS IROKO AYODELE; GILBERT MCTHUNEL, II,

    *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:21-CR-107-1

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT